# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN CHAMBERS<br><br>*Defendant* | )<br>)<br>) Case No. WDQ-10-CR-0331<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KEVIN CHAMBERS,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES;
CONSPIRACY TO POSSESS FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

Date: 6/16/10

*By: Deputy Clerk*

City and state: BALTIMORE, MARYLAND

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 6/30/10, and the person was arrested on *(date)* 6/30/10
at *(city and state)* Baltimore, Maryland

Date: 6/30/10

*Arresting officer's signature*

David Ashton Deputy U.S. Marshal
*Printed name and title*